B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MRA Pelican Pointe Apartments, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Whispering Isles Apartments** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**03-0443923** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**250 W. Sample Road**<br>**Pompano Beach, FL**<br>ZIP Code **33064** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Addison Advisors**<br>**7050 W. Palmetto Park Road**<br>**Suite 15**<br>**Boca Raton, FL**<br>ZIP Code **33433** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MRA Pelican Pointe Apartments, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **MRA Pelican Pointe Apartments, LLC** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Bradley S. Shraiberg** _____
Signature of Attorney for Debtor(s)

**Bradley S. Shraiberg 121622**
Printed Name of Attorney for Debtor(s)

**Shraiberg, Ferrara, & Landau P.A.**
Firm Name

**2385 NW Executive Center Dr
Suite 300
Boca Raton, FL 33431**
Address

**Email: bshraiberg@sfl-pa.com**
**561 443 0800  Fax: 561 998 0047**
Telephone Number

**August 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Aryeh Kieffer** _____
Signature of Authorized Individual

**Aryeh Kieffer**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**August 10, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## LIMITED LIABILITY COMPANY RESOLUTIONS

We, the members (the "Members") of **MRA Pelican Pointe Apartments, LLC** (the "Company"), a limited liability company organized under the laws of the State of Delaware, do hereby certify that at a special meeting of the Company duly called and held at its offices on the _____ **day of August, 2011,** the following resolutions, none of which have been rescinded or amended, were adopted and all of which are in full force and effect.

1) **RESOLVED:** That, upon the affirmative vote of the Members holding a majority interest in the Company, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that the Company file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy") and it is further

2) **RESOLVED:** That, **Aryeh Kieffer** ("Manager"), is hereby designated as the Manager of the Company; and it is further

3) **RESOLVED:** That, the Company and Manager will enter into an employment contract setting forth Manager's compensation for the services he will perform as Manager, and outline his duties, responsibilities and liabilities; and it is further

4) **RESOLVED:** That, the Manager is hereby designated as the responsible party to act on behalf of the Company, and Manager shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he deems necessary or proper in connection with the Bankruptcy; and it is further

5) **RESOLVED:** That, the Company is authorized to employ the law offices of **SHRAIBERG, FERRARA & LANDAU, P.A.** ("SFL") as its attorneys in connection with the Bankruptcy under such terms and conditions as Manager, in his sole discretion, deems appropriate until further direction of the Members; *provided, however,* that the Company is authorized to pay SFL a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy, and it is further

6)    **RESOLVED:** That, the Company, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as Manager in his sole discretion, deems appropriate until further direction of the Member with payment being subject to award by the Court.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this 10th day of August, 2011.

MRA Pelican Pointe Apartments, LLC,

By: _____
1087 Flushing Avenue Properties, Inc., Member

By: _____
Samuel Weiss, Member

{1581/000/00084475}

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **MRA Pelican Pointe Apartments, LLC**
_____ ,
Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,000,000.00 | | |
| B - Personal Property | Yes | 6 | 3,200.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 11,756,602.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 2,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 2,901,907.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 12,003,200.00 | | |
| Total Liabilities | | | | 14,661,009.33 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **MRA Pelican Pointe Apartments, LLC**    ,    Case No. _____

               Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **MRA Pelican Pointe Apartments, LLC**                                            ,    Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Whispering Isles Apartments**<br>**300 Unit Complex**<br>**250 W. Sample Road**<br>**Pompano Beach, FL 33064** | **Owner** | **-** | **12,000,000.00** | **11,677,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **12,000,000.00** | (Total of this page) |
| Total > | **12,000,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **MRA Pelican Pointe Apartments, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **A Cut Above A Lawn & Tree Service, Inc.** **10875 NW 52nd Street** **Suite 4** **Fort Lauderdale, FL 33351** | | - | | | | | X | | |
| | | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **All Florida Pools & Spa Center** **11720 Biscayne Blvd.** **Miami, FL 33181** | | - | | | | | X | | |
| | | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **American National Realty Corp.** **7860 Peters Road** **# F101** **Fort Lauderdale, FL 33324** | | - | | | | | X | | |
| | | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Carpet Replacement Systems, Inc.** **1313 Northwest 65th Place** **Suite 1** **Fort Lauderdale, FL 33309** | | - | | | | | X | | |
| | | | | Value $                0.00 | | | | 0.00 | 0.00 |
| **4**___ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **MRA Pelican Pointe Apartments, LLC**                                    ,  Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Centerline Mortgage Capital Inc. 625 Madison Avenue New York, NY 10022 | - | | | | | | X | | |
| | | | | Value $                  0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| City of Pompano 100 W Atlantic Blvd. Suite 420 Pompano Beach, FL 33060 | - | | | | | | X | | |
| | | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Compass Bank P.O. Box 10566 Birmingham, AL 35296 | - | | | | | | X | | |
| | | | | Value $                  0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Fannie Mae Corporation 13118 Sorrento Road Suite E Pensacola, FL 32507 | - | | | Whispering Isles Apartments 300 Unit Complex 250 W. Sample Road Pompano Beach, FL 33064 | | | | | |
| | | | | Value $        12,000,000.00 | | | | 11,677,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| First Florida Landcare, Inc. 3410 Northeast 2nd Avenue Fort Lauderdale, FL 33334 | - | | | | | | X | | |
| | | | | Value $                  0.00 | | | | 0.00 | 0.00 |

Sheet ___1___ of ___4___ continuation sheets attached to                    Subtotal                      11,677,000.00        0.00
Schedule of Creditors Holding Secured Claims                            (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **MRA Pelican Pointe Apartments, LLC**                                    ,        Case No. _____
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Floors By Design, Inc.** **7406 Northwest 55th Street** **Miami, FL 33166** | - | | | | | | X | | |
| | | | | Value $                Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| **Hayden Electric, Inc.** **561 SW 9th Terrace** **Pompano Beach, FL 33069** | - | | | | | | X | | |
| | | | | Value $                Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| **Home Depot Supply, Inc.** **3100 Cumberland Vlvd.** **Suite 1700** **Atlanta, GA 30339** | - | | | | | | X | | |
| | | | | Value $                Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| **Independence Community Bank** **2255 Glades Road** **Boca Raton, FL 33431** | - | | | | | | X | | |
| | | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** **Attn: Special Procedures** **P.O. Box 34045** **Stop 572** **Jacksonville, FL 32202** | - | | | | | | X | | |
| | | | | Value $                Unknown | | | | 67,142.00 | Unknown |

Sheet **2** ___ of **4** ___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 67,142.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **MRA Pelican Pointe Apartments, LLC**                                    ,                    Case No. _____
                                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service** **Ogden, UT 84201-0039** | - | | | | | | | X | | |
| | | | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service** **P.O. Box 105017** **Atlanta, GA 30348-5017** | - | | | | | | | X | | |
| | | | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19114** | - | | | | | | | X | | |
| | | | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| **Lawn Logic LLC** **4651 Southwest 51st Street** **Fort Lauderdale, FL 33314** | - | | | | | | | X | | |
| | | | | | Value $       Unknown | | | | 12,460.00 | Unknown |
| Account No. | | | | | | | | | | |
| **Riverarc Realty** **c/o Joseph Teichman** **149 Yellowbrook Road** **Suite 111** **Farmingdale, NJ 07727** | - | | | | | | | X | | |
| | | | | | Value $       Unknown | | | | Unknown | Unknown |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                              12,460.00                    0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **MRA Pelican Pointe Apartments, LLC** _____ ,   Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Robert Parker Carpet Sales, Inc.**<br>**2740 Northwest 63rd Court**<br>**Fort Lauderdale, FL 33309** | - | | | | | | | X | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Shop Carpet, Inc.**<br>**5310 N State Road 7**<br>**Fort Lauderdale, FL 33319** | - | | | | | | | X | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Waste Management**<br>**P.O. Box 105435**<br>**Atlanta, GA 30348** | - | | | | | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Waste Management Inc of Florida**<br>**4500 Exchange Avenue**<br>**Naples, FL 34104-7025** | - | | | | | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br> | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **11,756,602.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **MRA Pelican Pointe Apartments, LLC** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | - | | | **Loan given** | | | | |
| **247 West 38th Street Realty** **P.O. Box 552** **Brooklyn, NY 11211** | | | | | | | | | 48,000.00 |
| Account No. | | - | | | **Loan given** | | | | |
| **3611 Joint Venture, LLC** **P.O. Box 552** **Brooklyn, NY 11211** | | | | | | | | | 28,000.00 |
| Account No. | | - | | | **Loan given** | | | | |
| **Abraham & Carol Katzburg** **1328 41 Street** **Brooklyn, NY 11218** | | | | | | | | | 650,000.00 |
| Account No. | | - | | | | | | X | |
| **Apartment Finder** **c/o Network Communications, Inc.** **2305 Newpoint Parkway** **Lawrenceville, GA 30043** | | | | | | | | | **Unknown** |

__4__ continuation sheets attached

Subtotal
(Total of this page)    726,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **MRA Pelican Pointe Apartments, LLC**       ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Apartments.com** **2563 Collection Center Drive** **Chicago, IL 60693** | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **AXS Online** **10685-B Hazelhurst Drive** **# 314** **Houston, TX 77043** | | - | | | | | X | Unknown |
| Account No. | | | | Loan given | | | | |
| **Bush Realty Associates** **P.O. Box 105** **Brooklyn, NY 11211** | | - | | | | | | 40,000.00 |
| Account No. | | | | | | | | |
| **Classified Ventures** **2563 Collection Center Drive** **Chicago, IL 60693** | | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **Conserve** **1141 South Rogers Circle** **Suite 6** **Boca Raton, FL 33487** | | - | | | | | X | Unknown |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **40,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   __MRA Pelican Pointe Apartments, LLC_____,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Loan given | | | | | |
| Elliot Kalman P.O. Box 200 Monsey, NY 10952 | - | | | | | | | 350,000.00 |
| Account No. | | | Loan given | | | | | |
| Empire Property Management, Inc. 25 Philips Parkway Montvale, NJ 07645 | - | | | | | | | 110,000.00 |
| Account No. | | | | | | | | |
| For Rent Media Solutions Dominion Enterprises 150 Granby Street Norfolk, VA 23510 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Jennings Valancy, P.A. 311 S.E. 13th Street Fort Lauderdale, FL | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Marril Security 7000 W. Palmetto Park Road Suite 400 Boca Raton, FL 33433-3425 | - | | | | | | X | Unknown |

Sheet no. __2___ of __4___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      460,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **MRA Pelican Pointe Apartments, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Loan given | | | | |
| Mayer Steg P.O. Box 215 Monsey, NY 10952 | - | | | | | | | 500,000.00 |
| Account No. | | | | | | | | |
| Orkin 1820 SW 30th Avenue Hallandale, FL 33009 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Propertyware, Inc. 343 Sansome Street Suite 825 San Francisco, CA 94105 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Rent.com 2425 Olympic Blvd. Suite 400E Santa Monica, CA 90404 | - | | | | | | X | Unknown |
| Account No. | | | | Loan given | | | | |
| Riverarc Realty c/o Joseph Teichman 149 Yellowbrook Road Suite 111 Farmingdale, NJ 07727 | - | | | | | | | 415,000.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    915,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **MRA Pelican Pointe Apartments, LLC**                              ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan given | | | | |
| Roosevelt Industrial LLC P.O. Box 200 Monsey, NY 10952 | | - | | | | | | 350,000.00 |
| Account No. | | | | Legal fees | | | | |
| Sachs Sax Caplan 6111 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | | - | | | | | | 10,907.33 |
| Account No. | | | | | | | X | |
| Southern Waste Systems 790 Hillbrath Drive Lake Worth, FL 33462 | | - | | | | | | Unknown |
| Account No. | | | | Loan given | | | | |
| Tzetzoanee Motel Realty Corp. 8 Morris Road Spring Valley, NY 10977 | | - | | | | | | 400,000.00 |
| Account No. | | | | | | | X | |
| Valet Waste 601 N. Ashley Drive # 700 Tampa, FL 33602-4302 | | - | | | | | | Unknown |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 760,907.33 |
| Total (Report on Summary of Schedules) | | 2,901,907.33 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **MRA Pelican Pointe Apartments, LLC**
　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____
Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**25**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 10, 2011**　　　　　　　　　Signature  **/s/ Aryeh Kieffer**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Aryeh Kieffer**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re **MRA Pelican Pointe Apartments, LLC** ,

Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **1087 Flushing Avenue Properties, Inc. 184 Lee Avenue Brooklyn, NY 11211** | | | **38.99%** |
| **Samuel Weiss P.O. Box 552 Brooklyn, NY 11211** | | | **61.01%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 10, 2011**_____

Signature _**/s/ Aryeh Kieffer**_____

**Aryeh Kieffer**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **MRA Pelican Pointe Apartments, LLC**            Case No. _____
                                 Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 10, 2011**                      **/s/ Aryeh Kieffer**
                                               **Aryeh Kieffer**/**Manager**
                                               Signer/Title

247 West 38th Street Realty
P.O. Box 552
Brooklyn, NY 11211


3611 Joint Venture, LLC
P.O. Box 552
Brooklyn, NY 11211


A Cut Above A Lawn & Tree Service, Inc.
10875 NW 52nd Street
Suite 4
Fort Lauderdale, FL 33351


A Cut Above A Lawn & Tree Service, Inc.
c/o Barry Vinig
2880 NE 14th Street
CSWY 305
Pompano Beach, FL 33062


Abraham & Carol Katzburg
1328 41 Street
Brooklyn, NY 11218


All Florida Pools & Spa Center
11720 Biscayne Blvd.
Miami, FL 33181


American National Realty Corp.
7860 Peters Road
# F101
Fort Lauderdale, FL 33324


American National Realty Corp.
1404 S Andrew Avenue
Fort Lauderdale, FL 33316


Apartment Finder
c/o Network Communications, Inc.
2305 Newpoint Parkway
Lawrenceville, GA 30043


Apartments.com
2563 Collection Center Drive
Chicago, IL 60693

Aryeh Kieffer
7050 W. Palmetto Park Road
Suite 15
Boca Raton, FL 33433


AXS Online
10685-B Hazelhurst Drive
# 314
Houston, TX 77043


Bush Realty Associates
P.O. Box 105
Brooklyn, NY 11211


Carpet Replacement Systems, Inc.
1313 Northwest 65th Place
Suite 1
Fort Lauderdale, FL 33309


Centerline Mortgage Capital Inc.
625 Madison Avenue
New York, NY 10022


City of Pompano
100 W Atlantic Blvd.
Suite 420
Pompano Beach, FL 33060


Classified Ventures
2563 Collection Center Drive
Chicago, IL 60693


Compass Bank
P.O. Box 10566
Birmingham, AL 35296


Compass Bank
15 South 20th Street
Birmingham, AL 35233


Compass Bank
c/o CT Corporation System
1200 South Pine Island Road
Fort Lauderdale, FL 33324

Conserve
1141 South Rogers Circle
Suite 6
Boca Raton, FL 33487


Elliot Kalman
P.O. Box 200
Monsey, NY 10952


Empire Property Management, Inc.
25 Philips Parkway
Montvale, NJ 07645


Fannie Mae Corporation
13118 Sorrento Road
Suite E
Pensacola, FL 32507


Fannie Mae Corporation
c/o King Financial Group, Inc.
945 West Michigan Avenue
Suite 5B
Pensacola, FL 32507


First Florida Landcare, Inc.
3410 Northeast 2nd Avenue
Fort Lauderdale, FL 33334


Floors By Design, Inc.
7406 Northwest 55th Street
Miami, FL 33166


Florida Department of Revenue
Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0135


For Rent Media Solutions
Dominion Enterprises
150 Granby Street
Norfolk, VA 23510


Hayden Electric, Inc.
561 SW 9th Terrace
Pompano Beach, FL 33069

Home Depot Supply, Inc.
3100 Cumberland Vlvd.
Suite 1700
Atlanta, GA 30339


Home Depot Supply, Inc.
c/o Corporate Creations Networks, Inc.
11380 Prosperity Frams Road
Suite 221E
Palm Beach Gardens, FL 33410


Independence Community Bank
2255 Glades Road
Boca Raton, FL 33431


Independence Community Bank
c/o CT Corporation System
1200 South Pine Island Road
Fort Lauderdale, FL 33324


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
Ogden, UT 84201-0039


Internal Revenue Service
P.O. Box 105017
Atlanta, GA 30348-5017


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Jennings Valancy, P.A.
311 S.E. 13th Street
Fort Lauderdale, FL


Lawn Logic LLC
4651 Southwest 51st Street
Fort Lauderdale, FL 33314

Lawn Logic LLC
dba LL Property Services
340 S State Road 7
Fort Lauderdale, FL 33317


Marril Security
7000 W. Palmetto Park Road
Suite 400
Boca Raton, FL 33433-3425


Mayer Steg
P.O. Box 215
Monsey, NY 10952


Orkin
1820 SW 30th Avenue
Hallandale, FL 33009


Propertyware, Inc.
343 Sansome Street
Suite 825
San Francisco, CA 94105


Rent.com
2425 Olympic Blvd.
Suite 400E
Santa Monica, CA 90404


Riverarc Realty
c/o Joseph Teichman
149 Yellowbrook Road
Suite 111
Farmingdale, NJ 07727


Robert Parker Carpet Sales, Inc.
2740 Northwest 63rd Court
Fort Lauderdale, FL 33309


Roosevelt Industrial LLC
P.O. Box 200
Monsey, NY 10952


Sachs Sax Caplan
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487

Shop Carpet Corp.
8112 NW 92nd Avenue
Fort Lauderdale, FL 33321


Shop Carpet, Inc.
5310 N State Road 7
Fort Lauderdale, FL 33319


Southern Waste Systems
790 Hillbrath Drive
Lake Worth, FL 33462


Tzetzoanee Motel Realty Corp.
8 Morris Road
Spring Valley, NY 10977


US Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394


Valet Waste
601 N. Ashley Drive
# 700
Tampa, FL 33602-4302


Waste Management
P.O. Box 105435
Atlanta, GA 30348


Waste Management Inc of Florida
4500 Exchange Avenue
Naples, FL 34104-7025

# UNITED STATES BANKRUPTCY COURT
### Southern District of Florida
www.flsb.uscourts.gov

In Re:

**MRA Pelican Pointe Apartments, LLC**

Case Number

Chapter 11

_____  Debtor(s)   /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | | | |
|---|---|---|---|
| ☒ Voluntary petition signed by me on | **August 10, 2011** | ☐ Amended voluntary petition signed by me on | |
| ☒ Schedules signed by me on | **August 10, 2011** | ☐ Amended schedules signed by me on | |
| ☐ Statement of Financial Affairs signed by me on | | ☐ Amended Statement of Financial Affairs signed by me on | |
| ☐ Statement of Social Security Number(s) signed by me on | | ☐ Amended Statement of Social Security Number(s) signed by me on | |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on | | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on | |

I, __**Aryeh Kleffer**__ , the undersigned debtor(s) hereby declare under penalty of perjury as follows:

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

**Aryeh Kleffer** , MANAGER
**Print or Type Name (and title if applicable)**

**Bradley S. Shraiberg 121622**
**Print or Type Name of Attorney for Debtor**

_____
**Signature of Joint Debtor (if applicable)**

_____
**Print Name**

**561 443 0800**
**Phone:**